Eastern District of Kentucky
F I L E D

MAY 04 2018

AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| ROBERT HOWARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 6:18-cv-00098-GFVT |
| v. | ) |
| | ) |
| LIFE INSURANCE COMPANY OF | ) ORDER |
| NORTH AMERICA, | ) |
| | ) |
| Defendant. | ) |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

The Court has received the parties' Agreed Order of Dismissal. [R. 10.] Therefore, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. Plaintiff Robert Howard's claims against Defendant Life Insurance Company of North America are **DISMISSED WITH PREJUDICE**. Each party shall bear his, her, or its own costs and fees, except as otherwise agreed to by the parties;

2. Any pending motions are **DENIED**, as moot; and

3. This matter is **STRICKEN** from the Court's active docket.

This the 4th day of May, 2018.

Gregory F. Van Tatenhove
United States District Judge